UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,           )<br>                               )<br>        Plaintiff,            )<br>                               )<br>    v.                         )<br>                               )<br>TWENTY-FIRST CENTURY DEMOCRATS, *et al.*)<br>                               )<br>        Defendants.          )<br>_____) | Civil Action No. 1:07-cv-02103-PLF |

## ERRATA

Plaintiff Kenneth Goldman, by and through his attorney, submits this Errata to correct Defendant Kelly Young's address in his Complaint for Declaratory Injunctive and Monetary Relief and Jury Demand, filed with this Court on November 23, 2007.  Attached please find the first page of the complaint with the corrected address.

        Respectfully submitted,

        /s/ David Wachtel

        _____
        David Wachtel  DC Bar # 427890
        Bernabei & Wachtel, PLLC
        1775 T Street, N.W.
        Washington, D.C. 20009
        (202) 745-1942

        Attorney for Kenneth Goldman

DATED: November 27, 2007

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,<br>  46681 Ashmere Square<br>  Sterling, VA 20165,<br><br>         Plaintiff,<br><br>     v.<br><br>TWENTY-FIRST CENTURY DEMOCRATS,<br>  Serve:  Bill Combs<br>          1311 L St. N.W., Suite 300<br>          Washington, D.C. 20005<br><br>KELLY YOUNG,<br>  1744 Kilbourne Pl NW<br>  Washington, DC 20010,<br><br>         Defendants. | Civil Action No. _____<br>Jury Demand |

**COMPLAINT FOR DECLARATORY, INJUNCTIVE,**
**AND MONETARY RELIEF AND JURY DEMAND**

PRELIMINARY STATEMENT

1.      Plaintiff, Kenneth Goldman, brings this action under the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 et seq., against his former employer, Twenty-First Century Democrats ("Defendant TFCD"), for declaratory and injunctive relief and monetary damages for injuries he has sustained as a result of discrimination on the basis of religion and retaliation for his opposition to religious discrimination.  Plaintiff also files this action against Kelly Young ("Defendant Young"), Defendant TFCD's former Executive Director, who was instrumental in Defendant TFCD's discriminatory and retaliatory treatment of Mr. Goldman.  Defendant Young created a work environment dominated by her belief in the practices of Landmark Education