IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH GOLDMAN    )
                   )
        Plaintiff, )
                   ) CA No. 1:07CV02103
v.                 ) (PLF)
                   )
TWENTY-FIRST CENTURY )
DEMOCRATS, et al., )
                   )
        Defendants.)

## WAIVER OF SERVICE OF SUMMONS

TO:    DAVID WACHTEL
       Bernabei & Wachtel, PLLC
       1775 T Street, N.W.
       Washington, D.C. 20009

I acknowledge receipt of your request that I waive service of a summons in the action of Kenneth Goldman v. Twenty-First Century Democrats, et al., which is case number 1:07CV02103 in the United States District Court for the District of Columbia. I have also received a copy of the Complaint in this action, two copies of the Notice of Lawsuit and Request for Waiver of Service, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Federal Rule of Civil Procedure 12 is not served upon you within 60 days after November 27, 2007.

TWENTY-FIRST CENTURY DEMOCRATS

By: *[signature]*

Signature

Printed/typed name: Barry Reingold (as attorney for defendant)   12/3/07

KELLY YOUNG

By: *[signature]*

Signature

Printed/typed name: Barry Reingold (as attorney for defendant)   12/3/07