UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH GOLDMAN,

        Plaintiff,

v.

TWENTY-FIRST CENTURY DEMOCRATS, and KELLY YOUNG,

        Defendants.

Civil Action No. 1:07-cv-02103-PLF

## NOTICE OF SERVICE

Defendants Twenty First Century Democrats and Kelly Young, by and through their counsel of record, Perkins Coie LLP, hereby notify the Court that on January 30, 2008, Defendants served by e-mail and electronic service a true and correct copy of the original signed Affidavit of Kelly Young (attached) upon the following:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
(202) 745-1942

It is substantively identical to and intended to substitute for the Affidavit of Kelly Young that was filed with her authorization on January 28, 2008.

January 30, 2008                    Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Barry J. Reingold
    Barry J. Reingold, Bar No. 942086
BReingold@perkinscoie.com

Brian G. Svoboda, Bar No. 450081
BSvoboda@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
Telephone: 202.628.6600
Facsimile: 202.434.1690

*Attorneys for Defendants*
TWENTY-FIRST CENTURY DEMOCRATS
and KELLY YOUNG

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KENNETH GOLDMAN,

    Plaintiff,

v.

TWENTY-FIRST CENTURY DEMOCRATS, et al.

    Defendants.

Civil Action No. 1:07-cv-02103-PLF

### DECLARATION OF KELLY YOUNG

I, Kelly Young, do hereby depose and state:

1. I am 37 years old.

2. I was raised as a member of the Unitarian Church.

3. I am a practicing Unitarian, and a member of the congregation of All Souls Church in Washington DC.

4. I have never practiced any other religion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008.

_____
Kelly Young

-3-

## CERTIFICATE OF SERVICE

I hereby certify this 30th day of January, 2008, that I served copies of the foregoing original signed Affidavit of Kelly Young via e-mail and electronic service upon the party listed below:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
(202) 745-1942

By: /s/ Barry J. Reingold
    Barry J. Reingold, Bar No. 942086
