UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH GOLDMAN,

           Plaintiff,

v.

TWENTY-FIRST CENTURY DEMOCRATS, and
KELLY YOUNG,

           Defendants.

Civil Action No. 1:07-cv-02103-PLF

## JOINT MOTION TO SUSPEND ACTION

The parties to this action, by and through undersigned counsel, jointly move the Court to suspend this action until May 1, 2008. In support of this motion, the parties state as follows:

1. Plaintiff filed this case on November 19, 2007. Defendants' motion to dismiss is fully briefed and pending. The Court has not set a date for the initial scheduling conference.

2. The parties have agreed to mediation by a commercial mediation service. The mediation is to be completed by May 1, 2008.

3. Successful mediation will obviate further action by this Court, including ruling on Defendants' pending Motion to Dismiss.

4. On or before May 1, 2008 the parties will report back to the Court about the status of the case, and, if it is settled, file appropriate documentation concluding the case.

WHEREFORE, the parties request an order suspending this action until May 1, 2008.

DATED this 13th day of March 2008.

Respectfully submitted,

| **BERNABEI & WACHTEL, PLLC** | **PERKINS COIE LLP** |
|---|---|
| By: /s/ David Wachtel<br>David Wachtel, Bar No. 427890<br>Wachtel@bernabeipllc.com | By: /s/ Barry J. Reingold<br>Barry J. Reingold, Bar No. 942086<br>BReingold@perkinscoie.com |
| | Brian G. Svoboda, Bar No. 450081<br>BSvoboda@perkinscoie.com |
| 1775 T Street, N.W.<br>Washington, DC 20009<br>Telephone: 202.745.1942<br>Facsimile: 202.745.2627 | 607 Fourteenth Street N.W.<br>Washington, D.C. 20005-2011<br>Telephone: 202.628.6600<br>Facsimile: 202.434.1690 |
| *Attorney for Plaintiff*<br>KENNETH GOLDMAN | *Attorneys for Defendants*<br>TWENTY-FIRST CENTURY DEMOCRATS<br>and KELLY YOUNG |

## CERTIFICATE OF SERVICE

I hereby certify this 13th day of March, 2008, that I served a copy of the foregoing Stipulated Motion to Suspend Action via e-mail and electronic service upon the party listed below:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
202.745.1942

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Barry J. Reingold
    Barry J. Reingold, Bar No. 942086
BReingold@perkinscoie.com

Brian G. Svoboda, Bar No. 450081
BSvoboda@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
Telephone: 202.628.6600
Facsimile: 202.434.1690

*Attorneys for Defendants*
TWENTY-FIRST CENTURY DEMOCRATS
and KELLY YOUNG

-4-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>TWENTY-FIRST CENTURY DEMOCRATS, and KELLY YOUNG,<br><br>                Defendants. | Civil Action No. 1:07-cv-02103-PLF |

## [PROPOSED] ORDER TO SUSPEND ACTION

The Court having considered the parties' Stipulated Motion to Suspend Action, HEREBY ORDERS:

1. All proceedings herein are suspended until May 1, 2008, pending completion of mediation by the parties.

2. The parties shall on or before May 1, 2008 advise the Court regarding the status of the case.

SIGNED this ____ day of March 2008.

 

_____

The Honorable Paul L. Friedman