UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>TWENTY-FIRST CENTURY DEMOCRATS, and<br>KELLY YOUNG,<br><br>              Defendants. | Civil Action No. 1:07-cv-02103-PLF |

## JOINT MOTION FOR REFERRAL TO MEDIATION

      The parties to this action, by and through undersigned counsel, jointly move the Court to refer this action to the Office of the Circuit Executive for admission into the United States District Court Mediation Program. In support of this motion, the parties state as follows:

    1.    On March 13, 2008, the parties moved to have this matter stayed pending mediation by a commercial mediation service. The Court granted the motion on March 17, 2008.

    2.    Having explored the costs attendant to commercial mediation, the parties have concluded that it would be preferable to mediate this case through the District Court's Mediation Program.

    3.    Successful mediation will obviate further action by this Court, including ruling on Defendants' pending Motion to Dismiss. Upon completion of the mediation the parties will report back to the Court the status of this case.

WHEREFORE, the parties request a referral to United States District Court Mediation Program and a stay of proceedings until the mediation has been completed.

DATED this 10th day of April 2008.

Respectfully submitted,

| **BERNABEI & WACHTEL, PLLC** | **PERKINS COIE LLP** |
|---|---|
| By: /s/ David Wachtel | By: /s/ Barry J. Reingold |
| David Wachtel, Bar No. 427890 | Barry J. Reingold, Bar No. 942086 |
| Wachtel@bernabeipllc.com | BReingold@perkinscoie.com |
| | |
| | Brian G. Svoboda, Bar No. 450081 |
| | BSvoboda@perkinscoie.com |
| | |
| 1775 T Street, N.W. | |
| Washington, DC 20009 | 607 Fourteenth Street N.W. |
| Telephone: 202.745.1942 | Washington, D.C. 20005-2011 |
| Facsimile: 202.745.2627 | Telephone: 202.628.6600 |
| | Facsimile: 202.434.1690 |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| KENNETH GOLDMAN | TWENTY-FIRST CENTURY DEMOCRATS and KELLY YOUNG |

**CERTIFICATE OF SERVICE**

I hereby certify this 10th day of April, 2008, that I served a copy of the foregoing Joint Motion for Referral to Mediation via e-mail and electronic service upon the party listed below:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
202.745.1942

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: /s/ Barry J. Reingold
        Barry J. Reingold, Bar No. 942086
    BReingold@perkinscoie.com

    Brian G. Svoboda, Bar No. 450081
    BSvoboda@perkinscoie.com

    607 Fourteenth Street N.W.
    Washington, D.C. 20005-2011
    Telephone: 202.628.6600
    Facsimile: 202.434.1690

    *Attorneys for Defendants*
    TWENTY-FIRST CENTURY DEMOCRATS
    and KELLY YOUNG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH GOLDMAN,

        Plaintiff,

   v.

TWENTY-FIRST CENTURY DEMOCRATS, and
KELLY YOUNG,

        Defendants.

Civil Action No. 1:07-cv-02103-PLF

## [PROPOSED] ORDER REFERRING ACTION TO MEDIATION

The Court having considered the parties' Joint Motion for Referral to Mediation,

HEREBY ORDERS:

1.    The parties' referral to the Office of the Circuit Executive for admission to the United States District Court Mediation Program; and
2.    A stay of the proceedings until mediation has taken place; and
3.    The parties shall file a joint report with the Court at the conclusion of mediation.

SIGNED this ____ day of April 2008.

                                                        _____

                                                        The Honorable Paul L. Friedman