UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,                )<br>                                                 )<br>            Plaintiff,                      )<br>                                                 )<br>    v.                                         )<br>                                                 )<br>TWENTY-FIRST CENTURY      )<br>     DEMOCRATS, *et al.*,           )<br>                                                 )<br>            Defendants.                 )<br>                                                 ) | Civil Action No. 07-2103 (PLF) |

MEDIATION REFERRAL ORDER

This matter is before the Court on the parties' joint motion for referral to mediation. With the consent of the parties, it is hereby

ORDERED that the parties' joint motion for referral to mediation [11] is GRANTED; it is

FURTHER ORDERED that

1. This matter is referred for mediation to commence April 14, 2008.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

    5. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

    6. At the request of the parties, this matter is STAYED pending the conclusion of mediation. The parties shall file a joint report with the Court on or before July 11, 2008, and every thirty days thereafter.

    SO ORDERED.

              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE: