UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,<br><br>           Plaintiff,<br><br>   v.<br><br>TWENTY-FIRST CENTURY DEMOCRATS, and KELLY YOUNG,<br><br>           Defendants. | Civil Action No. 1:07-cv-02103-PLF |

**JOINT REPORT OF PARTIES**

Pursuant to the Court's Order of April 15, 2008, the parties submit this status report regarding mediation and settlement. The parties had a mediation session on May 21, 2008, and have since then negotiated on a lawyer to lawyer basis. The parties have made progress and are continuing to negotiate. The parties will inform the court about the status of their negotiations, and, if the case is settled, submit the necessary documentation dismissing the case.

...

-2-

DATED this 11th day of July 2008.

Respectfully submitted,

**BERNABEI & WACHTEL, PLLC**                **PERKINS COIE LLP**

By: /s/ David Wachtel                                  By: /s/ Barry J. Reingold
    David Wachtel, Bar No. 427890                 Barry J. Reingold, Bar No. 942086
Wachtel@bernabeipllc.com                        BReingold@perkinscoie.com

                                                          Brian G. Svoboda, Bar No. 450081
                                                          BSvoboda@perkinscoie.com

1775 T Street, N.W.                                  607 Fourteenth Street N.W.
Washington, DC 20009                            Washington, D.C. 20005-2011
Telephone: 202.745.1942                         Telephone: 202.628.6600
Facsimile: 202.745.2627                           Facsimile: 202.434.1690

*Attorney for Plaintiff*                              *Attorneys for Defendants*
KENNETH GOLDMAN                           TWENTY-FIRST CENTURY DEMOCRATS
                                                           and KELLY YOUNG

-3-

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of July, 2008, that I served a copy of the foregoing Joint Report of Parties via e-mail and electronic service upon the party listed below:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
202.745.1942

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Barry J. Reingold
    Barry J. Reingold, Bar No. 942086
BReingold@perkinscoie.com

Brian G. Svoboda, Bar No. 450081
BSvoboda@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
Telephone: 202.628.6600
Facsimile: 202.434.1690

*Attorneys for Defendants*
TWENTY-FIRST CENTURY DEMOCRATS
and KELLY YOUNG