UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GOLDMAN,<br><br>               Plaintiff,<br><br>v.<br><br>TWENTY-FIRST CENTURY DEMOCRATS, and KELLY YOUNG,<br><br>               Defendants. | Civil Action No. 1:07-cv-02103-PLF |

## JOINT REPORT OF PARTIES

Pursuant to the Court's Order of April 15, 2008, the parties submit this status report regarding mediation and settlement. The parties had a mediation session on May 21, 2008, and have since then negotiated on a lawyer to lawyer basis. The parties have reached agreement in principle and are negotiating a final written agreement. The parties will inform the court about the status of their negotiations, and, if the case is settled, submit the necessary documentation dismissing the case.

17928-0006/LEGAL 14461393.1

DATED this 11th day of August 2008.

Respectfully submitted,

| BERNABEI & WACHTEL, PLLC | PERKINS COIE LLP |
|---|---|
| By: /s/ David Wachtel<br>　　David Wachtel, Bar No. 427890<br>Wachtel@bernabeipllc.com | By: /s/ Barry J. Reingold<br>　　Barry J. Reingold, Bar No. 942086<br>BReingold@perkinscoie.com<br><br>Brian G. Svoboda, Bar No. 450081<br>BSvoboda@perkinscoie.com |
| 1775 T Street, N.W.<br>Washington, DC 20009<br>Telephone: 202.745.1942<br>Facsimile: 202.745.2627 | 607 Fourteenth Street N.W.<br>Washington, D.C. 20005-2011<br>Telephone: 202.628.6600<br>Facsimile: 202.434.1690 |
| *Attorney for Plaintiff*<br>KENNETH GOLDMAN | *Attorneys for Defendants*<br>TWENTY-FIRST CENTURY DEMOCRATS<br>and KELLY YOUNG |

-3-

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of August, 2008, that I served a copy of the foregoing Joint Report of Parties via e-mail and electronic service upon the party listed below:

David Wachtel
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
202.745.1942

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Barry J. Reingold
    Barry J. Reingold, Bar No. 942086
    BReingold@perkinscoie.com

Brian G. Svoboda, Bar No. 450081
BSvoboda@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
Telephone: 202.628.6600
Facsimile: 202.434.1690

*Attorneys for Defendants*
TWENTY-FIRST CENTURY DEMOCRATS
and KELLY YOUNG